IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JESSIE JAMES STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv451-MHT |
| | ) | (WO) |
| PATRICE JONES, Warden, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state
prisoner, filed this lawsuit complaining about prison
officials refusing to give him his mail and denying him
access to certain religious reading materials and
jewelry.  This lawsuit is now before the court on the
recommendation of the United States Magistrate Judge that
plaintiff's case be dismissed without prejudice. There
are no objections to the recommendation.  After an
independent and de novo review of the record, the court
concludes that the magistrate judge's recommendation
should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of June, 2023.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE